

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00312-CV

**IN THE INTEREST OF M.R.P.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00799
Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due on July 27, 2022. On July 27, 2022, appellee filed a motion requesting an extension of time to file the brief until August 10, 2022. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by August 10, 2022**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on August 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT